**DISMISS and Opinion Filed May 6, 2024**



In The
# Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-24-00148-CV

**SEVEN STAR PLAZA, INC., Appellant**
**V.**
**MAURICO PUENTS DAVILA AND CRISTINA GOMEZ CHAVIRA,**
**Appellees**

**On Appeal from the County Court**
**Kaufman County, Texas**
**Trial Court Cause No. 104351-CC**

## MEMORANDUM OPINION
Before Justices Smith, Miskel, and Breedlove
Opinion by Justice Breedlove

Before the Court is appellants' April 23, 2023 motion to dismiss this appeal.

*See* TEX. R. APP. P. 42.1(a)(1). No other party has filed a notice of appeal and no

opinion has issued. *See* TEX. R. APP. P. 42.1(a)(1),(c). Accordingly, we grant the

motion and dismiss this appeal.

/Maricela Breedlove/
MARICELA BREEDLOVE
240148F.P05                              JUSTICE



## Court of Appeals
## Fifth District of Texas at Dallas

# JUDGMENT

SEVEN STAR PLAZA, INC., Appellant

No. 05-24-00148-CV          V.

MAURICO PUENTS DAVILA AND CRISTINA GOMEZ CHAVIRA, Appellees

On Appeal from the County Court, Kaufman County, Texas
Trial Court Cause No. 104351-CC.
Opinion delivered by Justice Breedlove. Justices Smith and Miskel participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

Judgment entered May 6, 2024